# Court of Appeals
# of the State of Georgia

ATLANTA,  November 22, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0384.   LATOYA WALKER, EXECUTOR OF THE ESTATE OF ROBERT HAYNES v. RGB VENTURE CAPITAL, LLC.**

On October 20, 2021, counsel for the appellant in the above-styled case filed a motion requesting an extension of time in which to file a brief. This motion was granted and the appellant's deadline was extended to November 9, 2021. As of the date of this order, the appellant's enumeration of errors and brief still have not been filed. Accordingly, this appeal is deemed abandoned and is hereby ordered DISMISSED. Court of Appeals Rules 7, 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/22/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*